UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BARTON SOLAR, LLC, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>RBI SOLAR, INC. and )<br>GIBRALTAR INDUSTRIES, INC., )<br>        Defendants. ) | Civil Action No. 5:21-cv-25-GWC |

## ORDER

The Court having considered the parties' August 5, 2021 Stipulated Motion for Extensions of Time (Doc. 25), it is hereby ORDERED as follows:

A. Plaintiff's deadline to move to amend its Amended Complaint (Doc. 5) is extended until October 1, 2021;

B. Defendants' deadline to file an answer to what remains of the Amended Complaint is extended until 30 days after the Court's eventual determination of Plaintiff's upcoming motion to amend its Amended Complaint; and

C. Defendants shall have 30 days from the filing of Plaintiff's upcoming motion to amend the Amended Complaint to respond to and/or oppose, on any basis, said motion.

Dated at Burlington in this District of Vermont, this 6th day of August, 2021

                                            Geoffrey W. Crawford, Chief Judge
                                            United States District Court

{P0185411.1}
P0185412

Dated: August 5, 2021

                Respectfully submitted,

                BARTON SOLAR, LLC

By:   /s/ Paul J. Perkins
       Michael F. Hanley
       Paul J. Perkins
       Plante & Hanley, P.C.
       82 Fogg Farm Road
       Post Office Box 708
       White River Junction, VT 05001-0708
       (802) 295 - 3151 (Telephone)
       (802) 295 - 5281 (Facsimile)
       mfhanley@plantehanley.com
       pjperkins@plantehanley.com

Dated: August 5, 2021

                Respectfully submitted,

                RBI SOLAR, INC. and
                GIBRALTAR INDUSTRIES, INC.

By:   /s/ Daniel A. Seff
       Daniel A. Seff
       MSK Attorneys
       275 College Street, P.O. Box 4485
       Burlington, VT  05406-4485
       Phone: (802) 861-7000 x119
       Fax: (802) 861-7007
       dseff@mskvt.com

       Jesse R. Lipcius, Esq.
       (admitted pro hac vice on Mar. 15, 2021)
       ULMER & BERNE LLP
       600 Vine Street, Suite 2800
       Cincinnati, Ohio 45202
       Phone: (513) 698-5032
       Fax: (513) 698-5033
       Email: jlipcius@ulmer.com