UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| BARTON SOLAR, LLC,   )  <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> RBI SOLAR, INC. and GIBRALTAR   ) <br> INDUSTRIES, INC.,   ) <br> ) <br> Defendants.   ) | Case No. 5:21-cv-25 |

### ENTRY ORDER

The court GRANTS plaintiff's counsel's motion to withdraw (Doc. 27). Plaintiff Barton Solar, LLC shall retain replacement counsel not later than October 1, 2021. A corporation may only appear in court through an attorney. If a notice of appearance by new counsel is not filed by October 1, 2021, the complaint will be dismissed without prejudice.

Dated at Burlington, in the District of Vermont, this 23rd day of August, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court