UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| BARTON SOLAR, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:21-cv-25 |
| | ) | |
| RBI SOLAR, INC. and GIBRALTAR INDUSTRIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPOINTING SETTLEMENT JUDGE

Following a status conference on July 19, 2024, the court orders as follows:

1. U.S. Magistrate Judge Kevin Doyle is appointed as settlement judge in this case. The parties have requested a one-day, in-person mediation session with Judge Doyle in August 2024. Judge Doyle's chambers will schedule the mediation session at a time convenient for everyone involved.

2. In the event the case does not settle at mediation, the parties will advise the court whether they both consent to referral of the case to Judge Doyle for a court trial. If there is not mutual consent, the court will refer the case to a visiting district judge for trial. Alternatively, if both sides prefer to wait, the court will keep the case and set it for trial in June – July 2025.

3. Plaintiff's counsel shall file a report within ten (10) days of the conclusion of the mediation session stating the parties' positions regarding the assignment of the case to a visiting judge or waiting for trial with the undersigned.

Dated at Burlington, in the District of Vermont, this 23rd day of July, 2024.

Geoffrey W. Crawford, Judge
United States District Court