UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

BARTON SOLAR, LLC,
    Plaintiff,

v.                                                    Case No: 5:21-cv-25

RBI SOLAR, INC.,
    Defendant.

## AMENDED SCHEDULING ORDER

      This matter is scheduled for trial commencing on May 4, 2026 at the United States District Court, 151 West Street, Rutland, Vermont. Jury selection will begin that morning with the trial to start immediately thereafter. The jury will consist of twelve jurors. Attorneys will conduct voir dire. Trial will continue each day from 9:00 a.m. – 4:30 p.m. until completed and is expected to take no more than three weeks.

1. Supplements to discovery disclosures and responses required under Federal Rule of Civil Procedure 26(e) shall be made no later than January 16, 2026.
2. Any motion requesting a jury viewing shall be filed no later than February 11, 2026. Any response to this motion shall be filed no later than February 25, 2026.
3. Motions in limine shall be filed no later than March 11, 2026. Responses are due no later than March 25, 2026. Any replies shall be filed prior to the motion hearing.
4. A hearing on motions in limine will be held on March 31, 2026 at 1:00 p.m.
5. The parties shall exchange witness lists and exhibits no later than March 11, 2026.
6. The court will hold a final pre-trial conference on April 27, 2026 at 1:00 p.m.

DATED at Rutland, in this District of Vermont, this 31st day of October 2025.

Mary Kay Lanthier
United States District Court Judge